IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM D. BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00599-LPS |
| | ) |
| TRITON SYSTEMS OF DELAWARE INC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

In support of Defendant's Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss") filed concurrently herewith, Defendant Triton Systems of Delaware, LLC ("Triton")[1] respectfully requests that the Court take judicial notice of the documents listed below, which are attached as Exhibits A through G to this Request. Federal Rule of Evidence 201 provides that the Court may "judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Triton respectfully request that the Court take judicial notice of the following:

1.  **Exhibit A** attached hereto is a true and correct copy of a Memorandum Opinion of the Court of Appeals of Texas (1st Dist,), in *Bush v. Cardtronics, Inc.*, No. 01–12–00708–CV, dated June 19, 2014, and available on Westlaw at 2014 WL 2809806.

2.  **Exhibit B** attached hereto is a true and correct copy of an Order Granting Cardtronics Defendants' Motion to Dismiss and Denying Plaintiff's Motion To Disqualify,

---

[1] Mistankenly sued as Triton Systems of Delaware Inc.

issued by the United States District Court for the Northern District of California in *Bush v. Cardtronics, Inc.*, No. 16-cv-05862-EDL, dated January 26, 2017.

3.  **Exhibit C** attached hereto is a true and correct copy of an Order Denying Motion for De Novo Review by the United States District Court for the Northern District of California in *Bush v. Cardtronics, Inc.*, No. 3:19-mc-80062-EJD, dated May 6, 2019, and available on Westlaw at 2019 WL 1993792.

4.  This Court can take notice of Exhibits A, B and C. Judicial proceedings constitute public records and courts may take judicial notice of another court's opinions. *S. Cross Overseas Agencies v. Wah Kwong Shipping Grp. Ltd.,* 181 F.3d 410, 426 (3d Cir. 1999).

5.  **Exhibit D** is a true and correct copy of a document obtained from the docket of the United States District Court for the Southern District of Texas, Houston Division, in *Bush v. Cardtronics, Inc.* No. 4:20-mc-00964, filed by Cardtronics, Inc. and entitled Cardtronics, Inc.'s Response To Applicant William Bush's Request To Conduct Discovery In Foreign Litigation Pursuant To 28 U.S.C. § 1782.

6.  **Exhibit E** is a true and correct copy of a document obtained from the docket of the United States District Court for the Southern District of Texas, Houston Division, in *Bush v. Cardtronics, Inc.* No. 4:20-mc-00964, filed by William Bush and entitled Plaintiff's Counter Follow Up to Defendants Response to Conduct Discovery Pursuant to 28 U.S.C. § 1782.

7.  This Court can take notice of Exhibits D and E, not for the truth of the matters asserted therein but for the fact that these filings were made. *United States. v. Am. Tel. & Telegraph Co.*, 83 F.R.D. 323, 333–334 n.25 (D.D.C. 1979) (judicial notice may be taken of judicial proceedings but notice of records is limited to the fact of their existence rather than the truth of matters contained therein).

8. **Exhibit F** is a true and correct copy of an excerpt from the Mastercard Rules, dated 19 December 2019, which was obtained from:

https://www.mastercard.us/content/dam/mccom/global/documents/mastercard-rules.pdf

9. **Exhibit G** is a true and correct copy of an excerpt from The Visa Core Rules and Visa Product and Service Rules, dated 18 April 2020, which was obtained from:

https://usa.visa.com/dam/VCOM/download/about-visa/visa-rules-public.pdf

10. This Court can take notice of Exhibits F and G because readily-available documents intended to provide guidance to the public or to the business community are amenable to judicial notice under Fed. R. Evid. 201. *In re Charles Schwab Corp. Secs. Litig.*, 257 F.R.D. 534 (N.D. Cal. 2009) (judicial notice of Financial Accounting Standards Board (FASB) Statement of Financial Accounting Concept No. 1); *Bolden v. KB Home*, 618 F. Supp. 2d 1196 (C.D. Cal. 2008) (district court would take judicial notice of facts contained in documents and website of non-profit organization that established standards and qualifications for real estate appraisal practice, as well as of the existence of recent edition of organization's standards for professional appraisal practice in the United States; information was not subject to reasonable dispute and was capable of accurate and ready determination.).

11. Here, Defendant only requests that the Court take notice that the network rules of both Visa and Mastercard are readily available on the websites of those entities. There is no reasonable dispute about their availability. *See In re Amgen, Inc. Securities Litigation*, 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (taking judicial notice of drug labels taken from the Food and Drug Administration website because they were not subject to reasonable dispute); *Doron Precision Sys., Inc. v. FAAC, Inc.*, 423 F. Supp. 2d 173, 179 n.8 (S.D.N.Y. 2006) (taking judicial

notice of information publically announced on a party's website because its authenticity was not in dispute and it was capable of accurate and ready determination)

|  |  |
|---|---|
|  | **MORRIS JAMES LLP** |
| **OF COUNSEL:** | */s/ Matthew F. Lintner* |
|  | Matthew F. Lintner (#4371) |
| Stephen W. Burrow | Albert H. Manwaring IV (#4339) |
| The Burrow Law Firm, PLLC | Kirsten Zeberkiewicz (#  ) |
| 1126 Jackson Avenue, Suite 102 | 500 Delaware Avenue, Suite 1500 |
| Pascagoula, MS 39567 | P.O. Box 2306 |
| (228) 447-4330 | Wilmington, DE  19899-2306 |
|  | (302) 888-6800 |
|  | mlintner@morrisjames.com |
|  | amanwaring@morrisjames.com |
|  | kzberkiewicz@morrisjames.com |
|  |  |
|  | Attorneys for Defendant |
| Dated:  July 9, 2020 | Triton Systems of Delaware, LLC |